UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN T. ALLEN | § | Case No. 11-28477 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>  219 S. Dearborn Street
>  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/07/2015 in Courtroom 615 (Judge Baer),
>  EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
>  219 S. DEARBORN STREET
>  CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | |
| JOHN T. ALLEN | § | Case No. 11-28477 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 100.00 |
| leaving a balance on hand of[1] | $ | 4,900.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Frances Gecker | $ 1,250.00 | $ 0.00 | $ 1,250.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 1,250.00 |
| Remaining Balance | $ | 3,650.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,545.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FSB AMERICAN EXPRESS BANK | $ 7,192.29 | $ 0.00 | $ 2,489.36 |
| 2 | ESQ. PETER ANDJELKOVICH | $ 3,353.32 | $ 0.00 | $ 1,160.64 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,650.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-28477 |
| | ) | |
| JOHN T. ALLEN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janes S. Baer |

### CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that on I have sent the attached document to the recipients listed below in the manner shown this 6th day of March, 2015, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Christina Smith

SUBSCRIBED AND SWORN to
Before me this 6th day of March, 2015

Notary Public



DANIELA M ORTIZ
MY COMMISSION EXPIRES
AUGUST 9, 2015

# Mailing Information for Case 11-28477

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- David R Herzog  drhlaw@mindspring.com, herzogschwartz@gmail.com
- Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
- Christopher H Purcell  shermlaw13@aol.com
- Thomas R. Stilp  stilp@messerstilp.com, mcmahon@messerstilp.com

{ALLENJ/001/00041909.DOCX/}

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-28477-TAB
John T. Allen                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales            Page 1 of 2            Date Rcvd: Mar 09, 2015
                               Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2015.
```
db          +John T. Allen,    1735 Chicago Avenue,    Apt 912N,    Evanston, IL 60201-6012
aty         +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
17582997     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
17596030    +Arleigh Thompson,     P.O. Box 444,    Oakwood, IL 61858-0444
17596031    +Blue MedicareRx,    P.O. Box 3897,    Scranton, PA 18505-0897
17596032    +Edward Clinton,    The Clinton Law firm,    30 North LaSalle Street, Suite 3400,
              Chicago, IL 60602-3337
17596038    +Evanston Place Church Street Assoc,    Partnership AIMCo,    4582 S. Ulster Parkway #110,
              Denver, CO 80237-2632
17526711    +First Midwest Bank,    180 N LaSalle Street,    Chicago, IL 60601-2705
17596033    +George E. Bullwinkle,    425 Woodside Avenue,    Hinsdale, IL 60521-4647
17596034    +Judith Freidman Brickman,    480 Elm Street,    Suite 208,    Highland Park, IL 60035-2500
17596035    +Lawrence W. Allen,    6 Velie Drive,    Moline, IL 61265-6120
17526712    +Merchants & Manufacturers Bank,    801 S. Briggs Street,    Joliet, IL 60433-9591
17693571    +Messer & Stilp,    166 W Washington #300,    Chicago, IL 60602-2390
17693572    +Midlakes Management,    c/o Messer & Stilp,    166 W Washington #300,    Chicago, IL 60602-2390
17596036    +Northern Trust Company,    50 S La Salle St,    Chicago, IL 60603-1003
17665679    #+Peter Andjelkovich & Assoc,    39 S LaSalle St,    Ste 200,    Chicago, IL 60603-1641
22148148    +Peter Andjelkovich, Esq.,    Peter Andjelkovich & Associates,
              135 South LaSalle Street, Suite 3950,    Chicago, IL 60603-4127
17596029    +Vermillion County Treasurer,    6 North Vermilion Street,    Danville, Illinois 61832-5842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17526710    +E-mail/Text: swilloughby@firstbt.com Mar 10 2015 01:39:27     First Bank & Trust Co.,
              820 Church Street,    Evanston, IL 60201-3764
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17596028         Northwestern Mutual Life
22078962*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17596037      ##+Robert A. Creamer,    P.O. Box 5170,    Evanston, IL 60204-5170
                                                                                 TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2015 at the address(es) listed below:
```
              Christopher H Purcell    on behalf of Creditor    First Midwest Bank, N.A. shermlaw13@aol.com
              David R Herzog    on behalf of Debtor John T. Allen drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              Frances Gecker    fgecker@fgllp.com,    fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Micah R Krohn    on behalf of Trustee Frances Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas R. Stilp    on behalf of Creditor    203 Wabash stilp@messerstilp.com,
               mcmahon@messerstilp.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2           Date Rcvd: Mar 09, 2015
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Zane L Zielinski    on behalf of Attorney Zane L Zielinski zzielinski@wfactorlaw.com, nbouchard@wfactorlaw.com

        TOTAL: 8