UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                          §
                                §
JOHN T. ALLEN                   §    Case No. 11-28477
                                §
        Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on           . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Frances Gecker_____
                                          Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | | | | | |
| Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARLEIGH THOMPSON | | | | | |
| | BLUE MEDICARERX | | | | | |
| | EDWARD CLINTON | | | | | |
| | GEORGE E. BULLWINKLE | | | | | |
| | JUDITH FREIDMAN BRICKMAN | | | | | |
| | LAWRENCE W. ALLEN | | | | | |
| | NORTHERN TRUST COMPANY | | | | | |
| 2 | ESQ. PETER ANDJELKOVICH | | | | | |
| 1 | FSB AMERICAN EXPRESS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-28477 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN T. ALLEN | | | | Date Filed (f) or Converted (c): | 07/11/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/11/2011 |
| For Period Ending: | 06/15/2015 | | | | Claims Bar Date: | 07/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 20.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS - 1735 Chicago Ave. | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,056.00 | 1,096.00 | | 0.00 | FA |
| 7. STOCK - 100% OWNERSHIP OF LAW OFFICE 100% OWNERSHIP OF LAW OFFICE | Unknown | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 300.00 | | 0.00 | FA |
| 10. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 11. BOOKS/COLLECTIBLES 500 CDs | 100.00 | 0.00 | | 0.00 | FA |
| 12. INTERESTS IN INSURANCE POLICIES | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 13. BOOKS/COLLECTIBLES | 250.00 | 0.00 | | 0.00 | FA |
| 14. AUTOMOBILES, TRUCKS, TRAILERS | 3,750.00 | 1,350.00 | | 0.00 | FA |
| 15. FIREARMS AND SPORTS, PHOTOGRAPHIC OTHER HOBBY EQUIP. | 50.00 | 0.00 | | 0.00 | FA |
| 16. SECURITY DEPOSIT FOR OFFICE SPACE (u) | 2,812.40 | 2,812.40 | | 0.00 | FA |
| 17. CHAPTER 13 CLAIM (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 18. OFFICE EQUIPMENT | 50.00 | 50.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $134,408.40 | $19,108.40 | | $5,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A TFR IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/01/2012     Current Projected Date of Final Report (TFR): 12/31/2014

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-28477 | Trustee Name: Frances Gecker |
| Case Name: JOHN T. ALLEN | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7512 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0718 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL224 S. MICHIGAN AE., SUITE 900CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $796.59 | | $796.59 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $786.59 |
| 03/20/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL224 S. MICHIGAN AE., SUITE 900CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $796.59 | | $1,583.18 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,573.18 |
| 04/17/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL224 S. MICHIGAN AE., SUITE 900CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $796.59 | | $2,369.77 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,359.77 |
| 05/22/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL224 S. MICHIGAN AVE., SUITE 800CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $796.59 | | $3,156.36 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,146.36 |
| 06/19/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL224 S. MICHIGAN AE., SUITE 900CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $796.59 | | $3,942.95 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,932.95 |

Page Subtotals: $3,982.95   $50.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-28477 | Trustee Name: Frances Gecker | |
| Case Name: JOHN T. ALLEN | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7512 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX0718 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/15/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL224 S. MICHIGAN AE., SUITE 900CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $814.13 | | $4,747.08 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,737.08 |
| 08/14/14 | 17 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL224 S. MICHIGAN AE., SUITE 900CHICAGO, IL 60604 | Chapter 13 Claim | 1229-000 | $202.92 | | $4,940.00 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,930.00 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,920.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,910.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,900.00 |
| 04/08/15 | 10000 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,650.00 |
| 04/08/15 | 10001 | FSB AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 1 representing a payment of 34.61 % per court order. | 7100-000 | | $2,489.36 | $1,160.64 |
| 04/08/15 | 10002 | ESQ. PETER ANDJELKOVICH<br>PETER ANDJELKOVICH, ESQ.<br>PETER ANDJELKOVICH & ASSOCIATES<br>135 SOUTH LASALLE STREET, SUITE 3950<br>CHICAGO, IL 60603 | Final distribution to claim 2 representing a payment of 34.61 % per court order. | 7100-000 | | $1,160.64 | $0.00 |

| | | | Page Subtotals: | | $1,017.05 | $4,950.00 | |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7512 - Checking Account (Non-Interest Earn | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:    $0.00    $0.00